*E-Filed 9/22/11*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

MITSUI O.S.K. LINES, LTD.,      No. C 10-05588 RS

           Plaintiffs,     **STANDBY ORDER TO SHOW CAUSE**

   v.

DELTRANS INTERNATIONAL
SHIPPING CORPORATION,

           Defendants.
_____/

The Court has been informed that the above-entitled action has settled. Accordingly, the Court vacates all pretrial and trial dates. The parties are required to file a stipulation of dismissal by **November 11, 2011.** If a stipulation of dismissal is not filed by that date, the parties are ordered to appear on **November 17, 2011 at 1:30 p.m. in Courtroom 3, 17th Floor of the San Francisco Courthouse** and show cause why the case should not be dismissed. Failure to comply with this order may result in dismissal of the case.

IT IS SO ORDERED.

Dated: 9/22/11

_____
RICHARD SEEBORG
UNITED STATES DISTRICT JUDGE