*E-Filed 11/14/11*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| MITSUI O.S.K. LINES, LTD., | No. C 10-5588 RS |
| Plaintiff, | **ORDER CONTINUING ORDER TO SHOW CAUSE** |
| v. | |
| DELTRANS INTERNATIONAL SHIPPING CORP, *et al.*, | |
| Defendants. | |

On September 16, 2011, the parties submitted a case management statement notifying the Court that they had reached a settlement agreement in principle as to all terms. On September 22, the Court issued an order to show cause why the case should not be dismissed by November 17, 2011. The parties' joint response states that they have diligently worked toward drafting a suitable agreement, and that they now expect to execute a final settlement by November 11, 2011, after which they will stipulate to dismissal, subject to the terms of the agreement. To permit the parties to effectuate the contemplated settlement, the order to show cause is hereby continued.

The parties are directed to file a written response to the order to show cause by **December 8, 2011**, and to appear for a hearing on **December 15, 2011, at 1:30 p.m.** in Courtroom 3, 17th Floor, 450 Golden Gate Ave., San Francisco. Failure to file a response or to appear at the hearing will result in dismissal of this action.

1

No. C 10-5588 RS
ORDER

1  IT IS SO ORDERED.

2  Dated: 11/14/2011

3  _____
   RICHARD SEEBORG
   UNITED STATES DISTRICT JUDGE