ERICH P. WISE (Bar No. 63219)
FLYNN, DELICH & WISE LLP
One World Trade Center, Suite 1800
Long Beach, CA 90831
Telephone:    (562) 435-2626
Telecopier:    (562) 437-7555
Email:            erichw@fdw-law.com


CONTE C. CICALA  (Bar No. 173554)
FLYNN, DELICH & WISE LLP
343 Sansome Street, Suite 540
San Francisco, CA  94104
Telephone:    (415) 693-5566
Telecopier:    (415) 693-0410
Email:            contec@fdw-law.com

Attorneys for Plaintiff
MITSUI O.S.K. LINES, LTD.


IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA


| | | |
|---|---|---|
| MITSUI O.S.K. LINES, LTD. | ) | Case No.: CV 10 5588 RS |
| | ) | |
| Plaintiff, | ) | **STIPULATED CONDITIONAL DISMISSAL WITH PREJUDICE;** ~~PROPOS~~ED ORDER THEREON |
| vs. | ) | |
| | ) | |
| DELTRANS INTERNATIONAL SHIPPING CORP. and DOES 1 through 20, | ) | |
| | ) | |
| Defendants. | ) | |

**STIPULATED CONDITIONAL DISMISSAL WITH PREJUDICE**

Plaintiff MITSUI O.S.K. LINES, LTD and defendant DELTRANS INTERNATIONAL

SHIPPING CORP. hereby stipulate through their designated counsel that the above-captioned

action should be and hereby is dismissed with prejudice pursuant to FRCP 41(a)(1).  Such

dismissal is subject to the settlement agreement between the parties and is effective and

---

-1-
STIPULATED CONDITIONAL DISMISSAL WITH PREJUDICE AND PROPOSED ORDER THEREON
Case No.: CV 10 5588 RS

conditioned upon all conditions of settlement being satisfied, and further that this action may be reinstated if they are not, and that this Court retains personal and subject matter jurisdiction to vacate the dismissal and to preside over a reinstated action, if applicable, and as otherwise necessary to enforce the terms of settlement and consistent herewith.

DATED: December 29, 2011            FLYNN, DELICH & WISE LLP

/s/
By: _____
    Erich P. Wise
    Conte C. Cicala
Attorneys for Plaintiff
MITSUI O.S.K. LINES, LTD.

DATED: December 29, 2011            LEWIS, BRISBOIS, BISGAARD & SMITH LLP

/s/
By: _____
    Ivan Tjoe
Attorneys for Defendant
DELTRANS INTERNATIONAL SHIPPING CORP.

### [~~PROPOSED~~] ORDER

Pursuant to stipulation and good cause having been shown, IT IS SO ORDERED.

DATED: 12/29/11 _____

_____
UNITED STATES DISTRICT JUDGE

---

-2-
STIPULATED CONDITIONAL DISMISSAL WITH PREJUDICE AND PROPOSED ORDER THEREON
Case No.: CV 10 5588 RS