*E-Filed 12/29/11*

ERICH P. WISE (Bar No. 63219)
FLYNN, DELICH & WISE LLP
One World Trade Center, Suite 1800
Long Beach, CA 90831
Telephone:   (562) 435-2626
Telecopier:   (562) 437-7555
Email:          erichw@fdw-law.com

CONTE C. CICALA  (Bar No. 173554)
FLYNN, DELICH & WISE LLP
343 Sansome Street, Suite 540
San Francisco, CA  94104
Telephone:   (415) 693-5566
Telecopier:   (415) 693-0410
Email:          contec@fdw-law.com

Attorneys for Plaintiff
MITSUI O.S.K. LINES, LTD.

IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MITSUI O.S.K. LINES, LTD. </br></br>     Plaintiff, </br></br>  vs. </br></br> DELTRANS INTERNATIONAL SHIPPING CORP. and DOES 1 through 20, </br></br>     Defendants. | Case No.: CV 10 5588 RS </br></br> **STIPULATED CONDITIONAL DISMISSAL WITH PREJUDICE; ~~PROPOS~~ED ORDER THEREON** |

**STIPULATED CONDITIONAL DISMISSAL WITH PREJUDICE**

Plaintiff MITSUI O.S.K. LINES, LTD and defendant DELTRANS INTERNATIONAL SHIPPING CORP. hereby stipulate through their designated counsel that the above-captioned action should be and hereby is dismissed with prejudice pursuant to FRCP 41(a)(1).  Such dismissal is subject to the settlement agreement between the parties and is effective and

---

-1-
STIPULATED CONDITIONAL DISMISSAL WITH PREJUDICE AND PROPOSED ORDER THEREON
Case No.: CV 10 5588 RS

conditioned upon all conditions of settlement being satisfied, and further that this action may be reinstated if they are not, and that this Court retains personal and subject matter jurisdiction to vacate the dismissal and to preside over a reinstated action, if applicable, and as otherwise necessary to enforce the terms of settlement and consistent herewith.

DATED:  December 29, 2011

FLYNN, DELICH & WISE LLP

/s/
By: _____
   Erich P. Wise
   Conte C. Cicala
Attorneys for Plaintiff
MITSUI O.S.K. LINES, LTD.

DATED:  December 29, 2011

LEWIS, BRISBOIS, BISGAARD & SMITH LLP

/s/
By: _____
   Ivan Tjoe
Attorneys for Defendant
DELTRANS INTERNATIONAL SHIPPING CORP.

## [~~PROPOSED~~] ORDER

Pursuant to stipulation and good cause having been shown, IT IS SO ORDERED.

DATED:  12/29/11 _____

_____
UNITED STATES DISTRICT JUDGE